**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

KENNETH DEWAYNE TURNER,                                                    PLAINTIFF
ADC #134776

v.                                            4:21CV00581-JM-JTK

JOHN LONG, et al.                                                         DEFENDANTS

## **ORDER**

Kenneth Dewayne Turner ("Plaintiff") has filed a Motion to Compel. (Doc. No. 41). The

discovery deadline in this case was April 27, 2022. (Doc. No. 18). The Court advised the parties

that discovery must be complete by that date. (Id.) The discovery deadline has passed, as has the

dispositive motions deadline. Accordingly, Plaintiff's Motion to Compel (Doc. No. 41) is

DENIED.

Plaintiff also asks the Court for additional time in which to respond to Defendants' Motion

for Summary Judgment. (Doc. No. 42). Plaintiff's Motion for Extension of Time (Doc. No. 42)

is GRANTED. Plaintiff must file any response by July 15, 2022.

IT IS THEREFORE ORDERED that:

1.      Plaintiff's Motion to Compel (Doc. No. 41) is DENIED.

2.      Plaintiff's Motion for Extension (Doc. No 42) is GRANTED.

3.      Plaintiff must respond to Defendants' Motion for Summary Judgement by July 15,

2022.

IT IS SO ORDERED this 22nd day of June, 2022.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE