# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**KENNETH DEWAYNE TURNER,**  **PLAINTIFF**
**ADC #134776**

v.   CASE NO: 4:21-cv-00581-JM-JTK

**JOHN LONG, et al.**  **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. After consideration of Mr. Turner's response to Defendant's supplemental summary judgment briefing and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendants' Motion for Summary Judgment (Doc. No. 37) is GRANTED;

2. Judgment is entered in favor of Defendants Long and Williams; and

3. Plaintiff's claims against Defendants Long and Williams are DISMISSED with prejudice.

Dated this 3rd day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE