IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KENNETH DEWAYNE TURNER,**                                          **PLAINTIFF**
**ADC #134776**

v.                              CASE NO: 4:21-cv-00581-JM

**JOHN LONG, et al.**                                                **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case; the relief sought is denied. Plaintiff's claims against Defendants Long and William are dismissed with prejudice. All other claims are dismissed without prejudice.

Dated this 3rd day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE